**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0001182**
**21-AUG-2013**
**09:18 AM**

NO. CAAP-13-0001182

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CREDIT ASSOCIATES OF MAUI, LTD.,
Plaintiff-Appellee,
v.
WILLIAM K. FREITAS AND CINDY K. FREITAS,
Defendants-Appellants,
and
PA'A POHAKU BUILDERS, INC.,
Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH KONA DIVISION
(CIVIL NO. 3RC12-1-112K)

ORDER GRANTING THE AUGUST 14, 2013 MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of "Defendant-Appellant Memorandum in

Support of Motion to Reconsideration to the Order Dismissing the

Appeal Pursuant to HRAP Rule 24(c) Filed on August 13, 2013,"

filed August 14, 2013, by Defendants-Appellants Cindy K. Freitas

and William K. Freitas (Appellants), pro se, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is granted and the appeal is reinstated. Within ten days from the date of this order, Appellants shall pay the entire appellate filing fee or the appeal shall be dismissed. If Appellants timely pay the appellate filing fee, then the statement of jurisdiction shall be filed within ten days after payment of the filing fee, and the opening brief shall be filed within forty days after payment of the filing fee, unless those dates are extended, pursuant to Hawaii Rules of Appellate Procedure Rules 27 and 29.

Dated: Honolulu, Hawai'i, August 21, 2013.

Chief Judge

Associate Judge

Associate Judge